UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

FAYELYNN SAMS, Individually, and on
behalf of a class of all others similarly
situated,

                Plaintiffs,

   v.

YAHOO! INC.,

                Defendant.

Civil Action File No.
10-CV-03509-GET

## **YAHOO! INC.'S MOTION TO DISMISS**

Defendant Yahoo! Inc. ("Yahoo!") pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6), hereby moves for an order dismissing Plaintiff's complaint with prejudice for improper venue and for failure to state a claim upon which relief can be granted.

As grounds in support of its motion, Yahoo! incorporates by reference and relies upon its Memorandum of Law in Support, attached exhibits, and any other documents and papers it subsequently filed in connection with this motion.

WHEREFORE, Yahoo! respectfully requests that the Court grant its motion. This 4th day of November, 2010.

/s/ Jeanine G. Garvie, Esq.

Christian S. Genetski, Esq.
Georgia Bar No. 289715.
Marc J. Zwillinger, Esq.
*Pro Hac Vice Application Pending*
ZWILLINGER GENETSKI LLP
1705 N Street, NW
Washington, D.C.  20036
Phone:  (202) 296-3585
Fax:  (202) 706-5298
christian@zwillgen.com
marc@zwillgen.com

Jeanine G. Garvie, Esq.
Georgia Bar No. 292590
Candice Wilson, Esq.
Georgia Bar No. 118221
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree St. NE
Suite 5300
Atlanta, Georgia 30308
Phone:  (404) 527-4000
Fax:  (404) 527-4198
jgarvie@mckennalong.com
cvwilson@mckennalong.com

*Attorneys for Defendant Yahoo! Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

FAYELYNN SAMS, Individually, and on
behalf of a class of all others similarly
situated,

                         Plaintiffs,

    v.

YAHOO! INC.,
                    Defendant.

No.  10-CV-03509-GET

## CERTIFICATE OF SERVICE

I hereby certify that on  November 4, 2010, I electronically filed

DEFENDANT **YAHOO! INC.'S MOTION TO DISMISS** with the Clerk of

Court using CM/ECF system which will automatically send email notification

of such filing to the following attorneys of record:

> Joshua A. Millican
> Law Offices of Joshua A. Millican, P.C.
> 44 Broad Street NW
> Suite 607
> Atlanta, GA 30303
> (404) 522-1152
> joshua.millican@lawofficepc.com

I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:

> Anthony J. Morgese

3

Morgese Law Firm
3233 S. Cherokee Lane
Building 1000
Woodstock, GA 30188
(770) 517-6711

/s/ Jeanine G. Garvie, Esq.
Jeanine G. Garvie, Esq.
Georgia Bar No. 292590
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree St. NE
Suite 5300
Atlanta, Georgia 30308
Phone:  (404) 527-4000
Fax:  (404) 527-4198
jgarvie@mckennalong.com

4